UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                      Case No. 06-CR-114

DELROY BROWN,

    Defendant.

**ORDER**

    Delroy Brown, who is currently serving concurrent sentences of 188 months for distribution of controlled substances and re-entry after deportation, has submitted a request "[t]o whom it may concern" for a copy of his presentence investigation report. Brown's case is currently on appeal to the Seventh Circuit and he is represented by a Federal Defender. The attorney representing Brown has not requested a copy of the presentence report and presumably has access to it.

    Brown's request will be denied. Since he is represented by counsel, any request for part of the record in the case should come through counsel. Moreover, Brown's request is not that the presentence be sent to him, but apparently to his friend. The court declines to send confidential presentence reports through the U.S. Mail to friends or relatives of the subject of the presentence report. Finally, there is no way to know from the handwritten scrawl submitted to the court whether it is truly Brown that is requesting a copy of the presentence report or someone else. For all of these reasons, the request is **DENIED**.

    **SO ORDERED** this   10th   day of August, 2007.

                                                                     s/ William C. Griesbach
                                                                     William C. Griesbach
                                                                     United States District Judge